

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2017

No. 04-17-00623-CV

**IN THE INTEREST OF M.R.G.**, G.H., III, and L.M.G.

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01168
Honorable Stephani A. Walsh, Judge Presiding

**ORDER**

Appellant's motion to abate is denied. This appeal is DISMISSED FOR WANT OF JURISDICTION. Because appellant is indigent, no costs of this appeal are assessed.

It is so **ORDERED** on November 1, 2017.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2017.

Keith E. Hottle, Clerk